# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN NAHIKIAN, individually and on Behalf of a Class of Similarly Situated Persons )<br>)<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>E.I. DUPONT DE NEMOURS & COMPANY    )<br>)<br>)<br>)<br>Defendant.    )<br>)<br>_____    ) | Civil Action No. 060784GK<br><br><br><br>**NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTDISTRICT LITIGATION** |

With regard to the above captioned matter, please find a copy of Movant Nathan Nahikian's Notice of Potential Tag Along Action, filed with the Judicial Panel on Multidistrict Litigation today.

DATED:    May 4, 2006

                                                         Respectfully Submitted:

                                                           /s/_____
                                                         Mila Bartos (D.C. Bar No. 464227)
                                                         **Finkelstein, Thompson & Loughran**
                                                          1050 30th Street, NW
                                                          Washington, DC 20007
                                                          (202) 337-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing With The Judicial Panel on Multidistrict Litigation was served this 4th day of May, 2006, by first-class mail, postage pre-paid, upon the following:

<u>Counsel for Defendant E.I. Dupont de Nemours & Company</u>

E.I. DUPONT DE NEMOURS & COMPANY
1007 Market St.
D-4076
Dupont Legal
Wilmington, DE. 19898

_/s/_____
Mila Bartos