**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|   |   |
|---|---|
| In re: ) | |
| ) | MDL Docket No. 1733 |
| TEFLON PRODUCTS LIABILITY LITIGATION ) | |
| ) | |

MOVANT NATHAN NAHIKIAN'S
NOTICE OF POTENTIAL TAG ALONG ACTION

        Mila Bartos  (#464227)
        **Finkelstein, Thompson & Loughran**
        The Duvall Foundry
        1050 30th Street, N.W.
        Washington, DC   20007
        (202) 337-8000
        (202) 337-8090 fax

        [Additional Counsel listed on signature page]

        Attorneys for Individual and Representative Plaintiff,
        Nathan Nahikian

1.      On February 21, 2006, the Judicial Panel on Multidistrict Litigation (the "Panel") consolidated fourteen actions for pretrial proceedings and transferred them to the Southern District of Iowa in MDL No. 1733, *In re: Teflon Products Liability Litigation*.

2.      Movant filed the following case in the District Court for the District of Columbia; this complaint was filed on April 27, 2006 and is available via the PACER service:

> Nathan Nahikian v. E.I. DuPont de Nemours & Company,
> Civil Action No. 060784GK; The Honorable Gladys Kessler

3.      This action arises from the same facts and asserts similar claims as the pending actions which were consolidated by the Panel in MDL 1733 and, therefore, should be designated as a "Tag Along Action" pursuant to Panel Rule 7.5.

| | |
|---|---|
| Dated: May 4, 2006 | **Finkelstein, Thompson & Loughran** |
| | By: _____ |
| | Mila Bartos |

The William Miller Group, PLLC
William L. Miller
3050 K Street, Suite 400
Washington, D.C., 20007
(202) 342-8416

**Attorney for Plaintiff / Movant**

**Certificate of Service**

I hereby certify that, on this 3rd day of May, 2006, a true and correct copy of the foregoing has been served on the following parties in the following ways:

| | |
|---|---|
| Via first class mail to: | Clerk of the Court<br>United States District Court<br>for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 |
| Via e-mail to: | All counsel listed on the attached **Service List – Plaintiffs' Counsel** |
| Via e-mail to: | Adam Hoeflich<br>Bartlit, Beck, Herman, Palenchar & Scott<br>1899 Wynkoop Street # 800<br>Denver, CO 80202<br>Adam.hoeflich@bartlit-beck.com |
| Via first class mail to: | All counsel listed on the attached **Service List – Defendant's Counsel** |

_____
Mila Bartos