**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF IOWA**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

July 17, 2006

Nancy Mayer-Whittington
Clerk of Court, USDC
District of Columbia
333 Constitution Avenue, N.W.                    *CA 06- 784 JK*
Washington DC 20001

RE:    NATHAN NAHIKIAN v. E.I. DuPONT DE NEMOURS & CO.,
       DISTRICT OF COLUMBIA, C.A. NO. 1:06-784
       OUR CASE NO.: 4:06-MD-1733 IN RE: TEFLON PRODUCTS LIABILITY
       LITIGATION

Dear Ms. Mayer-Whittington:

Enclosed is a certified copy of the Conditional Transfer Order CTO-3 entered June 22, 2006
by Jeffery N. Luthi, Clerk of the Multidistrict Litigation Panel, transferring the above styled
case to the United States District Court for the Southern District of Iowa.

The Honorable Ronald E. Longstaff is the presiding Judge for MDL-1733 and has requested
that only the following original documents be forwarded to this office. The complaint or
other initiating document, any amendments to the initiating documents, answers,
counterclaims, cross-claims, third party complaint and any amendments thereto, all pending
motions with their corresponding response and reply and all substantial orders entered by the
Court. Also, please forward a certified copy of the docket entries. Thank you for your
attention to this matter.

Sincerely,

MARJORIE E. KRAHN        **RECEIVED**
CLERK OF COURT

By: *Lisa Fatino*            JUL 1 9 2006

Lisa Fatino                  NANCY MAYER WHITTINGTON, CLERK
Deputy Clerk                 U.S. DISTRICT COURT
Enclosure

                         email :
                         Lisa_Fatino @ iasd.uscourts.gov

A CERTIFIED TRUE COPY

JUL 1 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1733*

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE TEFLON PRODUCTS LIABILITY LITIGATION

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.*, D. District of Columbia, C.A. No. 1:06-784
*Harrell E. Brannan, et al. v. E.I. DuPont De Nemours & Co.*, D. Delaware, C.A. No. 1:06-321
*Bonnie Lou Newsome v. E.I. DuPont Nemours & Co.*, S.D. West Virginia, C.A. No. 3:06-344

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 21, 2006, the Panel transferred 13 civil actions to the United States District Court
for the Southern District of Iowa for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern
District of Iowa. With the consent of that court, all such actions have been assigned to the
Honorable Ronald E. Longstaff.

It appears that the actions on this conditional transfer order involve questions of fact which are
common to the actions previously transferred to the Southern District of Iowa and assigned to
Judge Longstaff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Southern District of Iowa for the reasons stated in the order of February 21, 2006, 416 F.Supp.2d
1364 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Ronald E.
Longstaff.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Southern District of Iowa. The transmittal of this order to said Clerk
shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of
opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be
continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.

DATE: 7-17-06
MARJORIE E. KRAHN
CLERK, U.S. DIST.

BY: